## CALLAWAY v. STATE.　(No. 11460.)

Court of Criminal Appeals of Texas.　Feb. 1, 1928.

Criminal law ☞1184, 1208(9)—Indeterminate sentence law is mandatory, and sentence inadvertently failing to give defendant benefit thereof will be reformed on appeal (Code Cr. Proc. 1925, art. 775).

Provisions of Code Cr. Proc. 1925, art. 775, for indeterminate sentences are mandatory, and sentence inadvertently failing to give defendant the benefit thereof will be reformed on appeal.

Appeal from Criminal District Court, Dallas County; Grover Adams, Judge.

Wilmer Callaway was convicted for burglary of a private residence, and he appeals. Affirmed as reformed.

Meek & Kugle, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for burglary of a private residence; punishment being 18 years in the Penitentiary. No bills of exception or statement of facts is found in this record. We notice that inadvertently the sentence fails to give appellant the benefit of the indeterminate sentence law, as provided in article 775, C. C. P. The provisions of said statute appear to be mandatory. The sentence therefore will be reformed to decree appellant's confinement in the Penitentiary to be for not less than 5 nor more than 18 years.

As reformed, the judgment is affirmed.